
PennState

The Pennsylvania State University    Payroll Office - 101 James M. Elliott Building 120 South Burrowes Street State College, PA 16801-3857

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Matthew Feltman | The Pennsylvania State University | 953110998 | 08/01/2023 | 08/31/2023 | 08/31/2023 | |

| | Gross Pay | Post-Tax Deductions | EE Taxes | Pre-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,160.00 | 0.00 | 458.17 | 108.00 | 1,593.83 |
| YTD | 9,360.00 | 0.00 | 1,886.51 | 468.00 | 7,005.49 |

| Earnings | | | | | | EE Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| PT Exempt Base Pay | 08/01/2023 - 08/31/2023 | 0 | 0 | 2,160.00 | 9,360.00 | OASDI | 133.92 | 580.32 |
| | | | | | | Medicare | 31.32 | 135.72 |
| | | | | | | Federal Withholding | 139.78 | 496.68 |
| | | | | | | State Tax - PA | 66.31 | 287.36 |
| | | | | | | SUI-Employee Paid - PA | 1.51 | 6.55 |
| | | | | | | City Tax - PHILA | 81.00 | 353.90 |
| | | | | | | PA LST - ABNGT | 4.33 | 25.98 |
| Earnings | | | | 2,160.00 | 9,360.00 | EE Taxes | 458.17 | 1,886.51 |

| Pre-Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| TIAA Retirement Plan | 108.00 | 468.00 |
| Pre-Tax Deductions | 108.00 | 468.00 |

| Employer Taxes, Benefits & Misc. Wages | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Medicare (Federal) | 31.32 | 135.72 | OASDI - Taxable Wages | 2,160.00 | 9,360.00 |
| OASDI (Federal) | 133.92 | 580.32 | Medicare - Taxable Wages | 2,160.00 | 9,360.00 |
| TIAA Retirement Plan | 200.67 | 869.57 | Federal Withholding - Taxable Wages | 2,052.00 | 8,892.00 |
| Employer Taxes, Benefits & Misc. Wages | 365.91 | 1,585.61 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 50 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| PNC | PNC | ******8086 | | 1,593.83    USD |