**TEMPLE**

Temple University
1913 N. Broad Street
Philadelphia
Pennsylvania 19122
215-926-2244

| Pay Date: 07/31/2023 | | | ID: | 914434496 |
|---|---|---|---|---|
| | | | SSN/SIN/TIN: | *****8153 |
| Type | Current | YTD | Name: | Matthew Feltman |
| Gross | $2,475.00 | $22,275.00 | Address: | 2000 South Mildred Street |
| Total Personal Deductions | $614.49 | $5,872.27 | | Philadelphia |
| | | | | Pennsylvania 19148-2344 |
| Net | $1,860.51 | $16,402.73 | Pay Period: | 07/01/2023 to 07/31/2023 |
| Employer Contributions | $189.34 | $1,704.04 | Pay Number: | Monthly 7 |

## Earnings

| Title | Earnings | Shift | Hours or Units | Rate | Amount | YTD |
|---|---|---|---|---|---|---|
| Adjunct Assistant Professor | Regular Pay | 1 | | | | $13,200.00 |
| Adjunct Assistant Professor | Summer 1 Teaching | 1 | | | | $6,600.00 |
| Adjunct Assistant Professor | Summer 2 Teaching | 1 | 1.00 | | $2,475.00 | $2,475.00 |
| | | | | Total: | $2,475.00 | $22,275.00 |

## Benefits, Deductions, and Taxes

| Benefit or Deduction | Employee | Employee YTD | Employer | Employer YTD | Applicable Gross | Applicable Gross YTD |
|---|---|---|---|---|---|---|
| **Taxes** | | | | | | |
| FICA Medicare | $35.89 | $322.99 | $35.89 | $322.99 | $2,475.00 | $22,275.00 |
| FICA Medicare - Additional | $0.00 | $0.00 | $0.00 | $0.00 | $2,475.00 | $22,275.00 |
| FICA Retirement | $153.45 | $1,381.05 | $153.45 | $1,381.05 | $2,475.00 | $22,275.00 |
| Federal Tax | $226.17 | $2,420.73 | $0.00 | $0.00 | $2,475.00 | $22,275.00 |
| PA State Tax | $75.98 | $683.85 | $0.00 | $0.00 | $2,475.00 | $22,275.00 |
| PA Unemployment | $1.73 | $15.60 | $0.00 | $0.00 | $2,475.00 | $22,275.00 |
| Phila Nonresident | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Phila Resident | $92.81 | $843.25 | $0.00 | $0.00 | $2,475.00 | $22,275.00 |
| **Deductions after Federal Tax** | | | | | | |
| TAUP Adjunct Dues | $28.46 | $204.80 | $0.00 | $0.00 | | |
| Total: | $614.49 | $5,872.27 | $189.34 | $1,704.04 | | |

## Check or Direct Deposit

| Number | Document Type | Bank Name | Account Type | Amount |
|---|---|---|---|---|
| 3432188 | Direct Deposit | PNCBANK, NATIONAL ASSOCIATION | Checking | $1,860.51 |

## Federal Tax

| Filing Status | Number of Allowances | Additional Withholding |
|---|---|---|
| Single | 0 | $0.00 |

## PA State Tax

| Filing Status | Additional Withholding |
|---|---|
| | $0.00 |

**TEMPLE**

Temple University
1913 N. Broad Street
Philadelphia
Pennsylvania 19122
215-926-2244

### Pay Date: 08/31/2023

| Type | Current | YTD |
|---|---|---|
| Gross | $2,475.00 | $24,750.00 |
| Total Personal Deductions | $614.49 | $6,486.76 |
| Net | $1,860.51 | $18,263.24 |
| Employer Contributions | $189.34 | $1,893.34 |

| | |
|---|---|
| ID: | 914434496 |
| SSN/SIN/TIN: | *****8153 |
| Name: | Matthew Feltman |
| Address: | 2000 South Mildred Street Philadelphia Pennsylvania 19148-2344 |
| Pay Period: | 08/01/2023 to 08/31/2023 |
| Pay Number: | Monthly 8 |

## Earnings

| Title | Earnings | Shift | Hours or Units | Rate | Amount | YTD |
|---|---|---|---|---|---|---|
| Adjunct Assistant Professor | Regular Pay | 1 | | | | $13,200.00 |
| Adjunct Assistant Professor | Summer 1 Teaching | 1 | | | | $6,600.00 |
| Adjunct Assistant Professor | Summer 2 Teaching | 1 | 1.00 | | $2,475.00 | $4,950.00 |
| | | | | Total: | $2,475.00 | $24,750.00 |

## Benefits, Deductions, and Taxes

| Benefit or Deduction | Employee | Employee YTD | Employer | Employer YTD | Applicable Gross | Applicable Gross YTD |
|---|---|---|---|---|---|---|
| **Taxes** | | | | | | |
| FICA Medicare | $35.89 | $358.88 | $35.89 | $358.88 | $2,475.00 | $24,750.00 |
| FICA Medicare - Additional | $0.00 | $0.00 | $0.00 | $0.00 | $2,475.00 | $24,750.00 |
| FICA Retirement | $153.45 | $1,534.50 | $153.45 | $1,534.50 | $2,475.00 | $24,750.00 |
| Federal Tax | $226.17 | $2,646.90 | $0.00 | $0.00 | $2,475.00 | $24,750.00 |
| PA State Tax | $75.98 | $759.83 | $0.00 | $0.00 | $2,475.00 | $24,750.00 |
| PA Unemployment | $1.73 | $17.33 | $0.00 | $0.00 | $2,475.00 | $24,750.00 |
| Phila Nonresident | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Phila Resident | $92.81 | $936.06 | $0.00 | $0.00 | $2,475.00 | $24,750.00 |
| **Deductions after Federal Tax** | | | | | | |
| TAUP Adjunct Dues | $28.46 | $233.26 | $0.00 | $0.00 | | |
| Total: | $614.49 | $6,486.76 | $189.34 | $1,893.38 | | |

## Check or Direct Deposit

| Number | Document Type | Bank Name | Account Type | Amount |
|---|---|---|---|---|
| 3443896 | Direct Deposit | PNCBANK, NATIONAL ASSOCIATION | Checking | $1,860.51 |

## Federal Tax

| Filing Status | Number of Allowances | Additional Withholding |
|---|---|---|
| Single | 0 | $0.00 |

## PA State Tax

| Filing Status | Additional Withholding |
|---|---|
| | $0.00 |