


# Pay Statement

| Pay Period | Pay Date | Check Num | Payroll # | Work Unit | Distribution # | Pension # |
|---|---|---|---|---|---|---|
| 09/10/2023 09/23/2023 | 09/29/2023 | Z 23657369 | 463 | 1234 | BRONXCC | 928904 |

| Employee Name | Employee Num | JSN | Federal MS | Federal Exempt | State MS | State Exempt | Electronic Fund Transfer Info |
|---|---|---|---|---|---|---|---|
| FELTMAN  MATTHEW | 1168124 | 1 | D | NA | A | 00 | Active |

**Federal W4** | **Claim Dependents:** | **Other Income:** | **Other Deductions:**

| Totals | Gross Pay | Deductions | Net Pay |
|---|---|---|---|
| This Period | 1596.15 | 430.28 | 1165.87 |
| Year to Date | 17557.65 | 4733.13 | 12824.52 |

| Taxes | Federal Tax | Social Security | Medicare | State Tax | City Tax | City Waiver |
|---|---|---|---|---|---|---|
| This Period | 219.15 | 98.96 | 23.14 | 65.81 | | |
| Year to Date | 2410.65 | 1088.57 | 254.58 | 723.91 | | |

## Payments

| Description | Prior Period Units/Hours | Prior Period Amount Earned | This Period Units/Hours | This Period Amount Earned |
|---|---|---|---|---|
| RECURRING REGULAR GROSS | | | 10:00 | 1596.15 |

## Deduction

| Description | Amount this Period | Goal Amt or # Installments | Balance Due or Installments left |
|---|---|---|---|
| PAID FAMILY LEAVE GOAL ORIENT | 7.26 | 399.43 | 319.57 |
| PROFESSIONAL STAFF CONGRESS | 15.96 | | |

## Leave Balances                                           As of: 09/16/2023

| Description | Balance Avail HH:MM / DDD | Description | Balance Avail HH:MM / DDD |
|---|---|---|---|

 

# Pay Statement

| Pay Period | Pay Date | Check Num | Payroll # | Work Unit | Distribution # | Pension # |
|---|---|---|---|---|---|---|
| 10/15/2023 10/28/2023 | 11/09/2023 | C 57170016 | 463 | 1234 | BRONXCC | 928904 |

| Employee Name | Employee Num | JSN | Federal MS | Federal Exempt | State MS | State Exempt | Electronic Fund Transfer Info |
|---|---|---|---|---|---|---|---|
| FELTMAN  MATTHEW | 1168124 | 2 | D | NA | A | 00 | Not Signed Up |

**Federal W4** | **Claim Dependents:** | **Other Income:** | **Other Deductions:**

| Totals | Gross Pay | Deductions | Net Pay |
|---|---|---|---|
| This Period | 510.80 | 48.12 | 462.68 |
| Year to Date | 1021.60 | 98.57 | 923.03 |

| Taxes | Federal Tax | Social Security | Medicare | State Tax | City Tax | City Waiver |
|---|---|---|---|---|---|---|
| This Period | | 31.67 | 7.40 | 9.05 | | |
| Year to Date | | 63.34 | 14.81 | 18.10 | | |

## Payments

| Description | Prior Period Units/Hours | Prior Period Amount Earned | This Period Units/Hours | This Period Amount Earned |
|---|---|---|---|---|
| MISCELLANEOUS PAY ADJUSTMENT | | 510.80 | | |

## Leave Balances    As of: 10/28/2023

| Description | Balance Avail HH:MM / DDD | Description | Balance Avail HH:MM / DDD |
|---|---|---|---|
| | | | |

## Message

LIVE EZ W DIRECT DEPOSIT AT NYC.GOV/ESS



# City of New York
# EStubs
## Pay Statement

| Pay Period | Pay Date | Check Num | Payroll # | Work Unit | Distribution # | Pension # |
|---|---|---|---|---|---|---|
| 08/27/2023 09/09/2023 | 09/15/2023 | Z 23440097 | 463 | 1234 | BRONXCC | 928904 |

| Employee Name | Employee Num | JSN | Federal MS | Federal Exempt | State MS | State Exempt | Electronic Fund Transfer Info |
|---|---|---|---|---|---|---|---|
| FELTMAN  MATTHEW | 1168124 | 1 | D | NA | A | 00 | Active |

**Federal W4**  **Claim Dependents:**     **Other Income:**     **Other Deductions:**

| Totals | Gross Pay | Deductions | Net Pay |
|---|---|---|---|
| This Period | 1596.15 | 430.29 | 1165.86 |
| Year to Date | 15961.50 | 4302.85 | 11658.65 |

| Taxes | Federal Tax | Social Security | Medicare | State Tax | City Tax | City Waiver |
|---|---|---|---|---|---|---|
| This Period | 219.15 | 98.96 | 23.15 | 65.81 | | |
| Year to Date | 2191.50 | 989.61 | 231.44 | 658.10 | | |

### Payments

| Description | Prior Period Units/Hours | Prior Period Amount Earned | This Period Units/Hours | This Period Amount Earned |
|---|---|---|---|---|
| RECURRING REGULAR GROSS | | | 10:00 | 1596.15 |

### Deduction

| Description | Amount this Period | Goal Amt or # Installments | Balance Due or Installments left |
|---|---|---|---|
| PAID FAMILY LEAVE GOAL ORIENT | 7.26 | 399.43 | 326.83 |
| PROFESSIONAL STAFF CONGRESS | 15.96 | | |

### Leave Balances                                            As of: 09/02/2023

| Description | Balance Avail HH:MM / DDD | Description | Balance Avail HH:MM / DDD |
|---|---|---|---|
| | | | |




# Pay Statement

| Pay Period | Pay Date | Check Num | Payroll # | Work Unit | Distribution # | Pension # |
|---|---|---|---|---|---|---|
| 10/22/2023 11/04/2023 | 11/09/2023 | Z 24325483 | 463 | 1234 | BRONXCC | 928904 |

| Employee Name | Employee Num | JSN | Federal | | State | | Electronic Fund Transfer Info |
|---|---|---|---|---|---|---|---|
| | | | MS | Exempt | MS | Exempt | |
| FELTMAN  MATTHEW | 1168124 | 1 | D | NA | A | 00 | Active |

**Federal W4**  **Claim Dependents:**    **Other Income:**    **Other Deductions:**

| Totals | Gross Pay | Deductions | Net Pay |
|---|---|---|---|
| This Period | 1596.15 | 430.29 | 1165.86 |
| Year to Date | 22346.10 | 6024.00 | 16322.10 |

| Taxes | Federal Tax | Social Security | Medicare | State Tax | City Tax | City Waiver |
|---|---|---|---|---|---|---|
| This Period | 219.15 | 98.96 | 23.15 | 65.81 | | |
| Year to Date | 3068.10 | 1385.46 | 324.02 | 921.34 | | |

## Payments

| Description | Prior Period | | This Period | |
|---|---|---|---|---|
| | Units/Hours | Amount Earned | Units/Hours | Amount Earned |
| RECURRING REGULAR GROSS | | | 10:00 | 1596.15 |

## Deduction

| Description | Amount this Period | Goal Amt or # Installments | Balance Due or Installments left |
|---|---|---|---|
| PAID FAMILY LEAVE GOAL ORIENT | 7.26 | 399.43 | 297.79 |
| PROFESSIONAL STAFF CONGRESS | 15.96 | | |

## Leave Balances                                          As of: 10/28/2023

| Description | Balance Avail HH:MM / DDD | Description | Balance Avail HH:MM / DDD |
|---|---|---|---|

## Message

LIVE EZ W DIRECT DEPOSIT AT NYC.GOV/ESS

 

# Pay Statement

| Pay Period | Pay Date | Check Num | Payroll # | Work Unit | Distribution # | Pension # |
|---|---|---|---|---|---|---|
| 08/13/2023 08/26/2023 | 09/01/2023 | Z 23222413 | 463 | 1234 | BRONXCC | 928904 |

| Employee Name | Employee Num | JSN | Federal MS | Federal Exempt | State MS | State Exempt | Electronic Fund Transfer Info |
|---|---|---|---|---|---|---|---|
| FELTMAN  MATTHEW | 1168124 | 1 | D | NA | A | 00 | Active |

**Federal W4** | **Claim Dependents:** | **Other Income:** | **Other Deductions:**

| Totals | Gross Pay | Deductions | Net Pay |
|---|---|---|---|
| This Period | 1596.15 | 430.28 | 1165.87 |
| Year to Date | 14365.35 | 3872.56 | 10492.79 |

| Taxes | Federal Tax | Social Security | Medicare | State Tax | City Tax | City Waiver |
|---|---|---|---|---|---|---|
| This Period | 219.15 | 98.96 | 23.14 | 65.81 | | |
| Year to Date | 1972.35 | 890.65 | 208.29 | 592.29 | | |

## Payments

| Description | Prior Period Units/Hours | Prior Period Amount Earned | This Period Units/Hours | This Period Amount Earned |
|---|---|---|---|---|
| RECURRING REGULAR GROSS | | | 10:00 | 1596.15 |

## Deduction

| Description | Amount this Period | Goal Amt or # Installments | Balance Due or Installments left |
|---|---|---|---|
| PAID FAMILY LEAVE GOAL ORIENT | 7.26 | 399.43 | 334.09 |
| PROFESSIONAL STAFF CONGRESS | 15.96 | | |

## Leave Balances                                       As of: 08/19/2023

| Description | Balance Avail HH:MM / DDD | Description | Balance Avail HH:MM / DDD |
|---|---|---|---|
| | | | |