Case 23-12804-mdc   Doc 11-1   Filed 11/14/23   Entered 11/14/23 17:23:09   Desc PSU additional payroll   Page 1 of 6

09:11 AM
11/12/2023
Page 1 of 2

Payslip: Matthew Feltman 07/31/2023
(Regular) - Complete

### Company Information

| Name | Address |
|---|---|
| The Pennsylvania State University | Payroll Office - 101 James M. Elliott Building<br>120 South Burrowes Street<br>State College, PA 16801-3857<br>United States of America |

### Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Matthew Feltman | 953110998 | 07/01/2023 | 07/31/2023 | 07/31/2023 | |

### Current and YTD Totals

| Balance Period | Gross Pay | Post-Tax Deductions | EE Taxes | Pre-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 7,200.00 | 0.00 | 1,428.34 | 360.00 | 5,411.66 |

### Earnings

| Description | YTD |
|---|---|
| PT Exempt Base Pay | 7,200.00 |
| Total: | 7,200.00 |

### EE Taxes

| Description | YTD |
|---|---|
| OASDI | 446.40 |
| Medicare | 104.40 |
| Federal Withholding | 356.90 |
| State Tax - PA | 221.05 |
| SUI-Employee Paid - PA | 5.04 |
| City Tax - PHILA | 272.90 |
| PA LST - ABNGT | 21.65 |
| Total: | 1,428.34 |

### Pre-Tax Deductions

| Description | YTD |
|---|---|
| TIAA Retirement Plan | 360.00 |
| Total: | 360.00 |

### Employer Taxes, Benefits & Misc. Wages

| Description | YTD |
|---|---|
| Medicare (Federal) | 104.40 |
| OASDI (Federal) | 446.40 |
| TIAA Retirement Plan | 668.90 |
| Total: | 1,219.70 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 0.00 | 7,200.00 |
| Medicare - Taxable Wages | 0.00 | 7,200.00 |
| Federal Withholding - Taxable Wages | 0.00 | 6,840.00 |

Payslip: Matthew Feltman 07/31/2023
(Regular) - Complete

09:11 AM
11/12/2023
Page 2 of 2

| Withholding | | |
|---|---|---|
| Description | Federal | Work State |
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 50 | 0 |

| Payment Information | | | |
|---|---|---|---|
| Bank | Account Name | Account Number | Pay Group Currency |
| PNC | PNC | ******8086 | USD |

Payslip: Matthew Feltman 09/30/2023
(Regular) - Complete

## Company Information

| Name | Address |
|---|---|
| The Pennsylvania State University | Payroll Office - 101 James M. Elliott Building<br>120 South Burrowes Street<br>State College, PA 16801-3857<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Matthew Feltman | 953110998 | 09/01/2023 | 09/30/2023 | 09/29/2023 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Post-Tax Deductions | EE Taxes | Pre-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,160.00 | 0.00 | 458.17 | 108.00 | 1,593.83 |
| YTD | 11,520.00 | 0.00 | 2,344.68 | 576.00 | 8,599.32 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| PT Exempt Base Pay | 09/01/2023 - 09/30/2023 | 0.00 | 0.00 | 2,160.00 | 11,520.00 |
| | | | Total: | 2,160.00 | 11,520.00 |

## EE Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 133.92 | 714.24 |
| Medicare | 31.32 | 167.04 |
| Federal Withholding | 139.78 | 636.46 |
| State Tax - PA | 66.31 | 353.67 |
| SUI-Employee Paid - PA | 1.51 | 8.06 |
| City Tax - PHILA | 81.00 | 434.90 |
| PA LST - ABNGT | 4.33 | 30.31 |
| Total: | 458.17 | 2,344.68 |

## Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| TIAA Retirement Plan | 108.00 | 576.00 |
| Total: | 108.00 | 576.00 |

## Employer Taxes, Benefits & Misc. Wages

| Description | Amount | YTD |
|---|---|---|
| Medicare (Federal) | 31.32 | 167.04 |
| OASDI (Federal) | 133.92 | 714.24 |
| TIAA Retirement Plan | 200.67 | 1,070.24 |
| Total: | 365.91 | 1,951.52 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,160.00 | 11,520.00 |
| Medicare - Taxable Wages | 2,160.00 | 11,520.00 |

Payslip: Matthew Feltman 09/30/2023
(Regular) - Complete

| Description | Amount | YTD |
|---|---:|---:|
| Federal Withholding - Taxable Wages | 2,052.00 | 10,944.00 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 50 | 0 |

## Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---:|---|
| PNC | PNC | ******8086 | 1,593.83 | USD |
| | | Total: | 1,593.83 | |

Payslip: Matthew Feltman - 10/31/2018
(Regular) - Complete

## Company Information

| Name | Address |
|---|---|
| The Pennsylvania State University | Payroll Office - 101 James M. Elliott Building<br>120 South Burrowes Street<br>State College, PA 16801-3857<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Matthew Feltman | 953110998 | 10/01/2018 | 10/31/2018 | 10/31/2018 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Post-Tax Deductions | EE Taxes | Pre-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,546.29 | 0.00 | 730.31 | 0.00 | 1,815.98 |
| YTD | 17,108.22 | 0.00 | 4,435.83 | 0.00 | 12,672.39 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Contractual Payment | | | | | 275.00 |
| PT Exempt Base Pay | 10/01/2018 - 10/31/2018 | 0.00 | 0.00 | 2,546.29 | 16,833.22 |
| | | | Total: | 2,546.29 | 17,108.22 |

## EE Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 157.87 | 1,060.71 |
| Medicare | 36.92 | 248.07 |
| Federal Withholding | 352.68 | 1,887.62 |
| State Tax - PA | 78.17 | 525.22 |
| SUI-Employee Paid - PA | 1.52 | 10.26 |
| City Tax - PHILA | 98.82 | 664.98 |
| PA LST - ABNGT | 4.33 | 38.97 |
| Total: | 730.31 | 4,435.83 |

## Employer Taxes, Benefits & Misc. Wages

| Description | Amount | YTD |
|---|---|---|
| Medicare (Federal) | 36.92 | 248.07 |
| OASDI (Federal) | 157.87 | 1,060.71 |
| Total: | 194.79 | 1,308.78 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,546.29 | 17,108.22 |
| Medicare - Taxable Wages | 2,546.29 | 17,108.22 |
| Federal Withholding - Taxable Wages | 2,546.29 | 17,108.22 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | |

Payslip: Matthew Feltman - 10/31/2018
(Regular) - Complete

| Description | Federal | Work State |
|---|---|---|
| Allowances | 0 | 0 |
| Additional Withholding | 100 | 0 |

## Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| PNC | PNC | ******8086 | 1,815.98 | USD |
| | | Total: | 1,815.98 | |