

Temple University
1913 N. Broad Street
Philadelphia
Pennsylvania 19122
215-926-2244

**Pay Date: 09/29/2023**

| Type | Current | YTD |
|---|---:|---:|
| Gross | $3,300.00 | $28,050.00 |
| Total Personal Deductions | $842.94 | $7,329.70 |
| **Net** | **$2,457.06** | **$20,720.30** |
| Employer Contributions | $252.45 | $2,145.83 |

**ID:** 914434496
**SSN/SIN/TIN:** *****8153
**Name:** Matthew Feltman
**Address:** 2000 South Mildred Street
Philadelphia
Pennsylvania 19148-2344
**Pay Period:** 09/01/2023 to 09/30/2023
**Pay Number:** Monthly 9

## Earnings

| Title | Earnings | Shift | Hours or Units | Rate | Amount | YTD |
|---|---|---|---|---|---:|---:|
| Adjunct Assistant Professor | Regular Pay | 1 | | | | $13,200.00 |
| Adjunct Assistant Professor | Summer 1 Teaching | 1 | | | | $6,600.00 |
| Adjunct Assistant Professor | Summer 2 Teaching | 1 | | | | $4,950.00 |
| Adjunct Assistant Professor | Regular Pay | 1 | | | $3,300.00 | $3,300.00 |
| | | | | **Total:** | **$3,300.00** | **$28,050.00** |

## Benefits, Deductions, and Taxes

| Benefit or Deduction | Employee | Employee YTD | Employer | Employer YTD | Applicable Gross | Applicable Gross YTD |
|---|---:|---:|---:|---:|---:|---:|
| **Taxes** | | | | | | |
| FICA Medicare | $47.85 | $406.73 | $47.85 | $406.73 | $3,300.00 | $28,050.00 |
| FICA Medicare - Additional | $0.00 | $0.00 | $0.00 | $0.00 | $3,300.00 | $28,050.00 |
| FICA Retirement | $204.60 | $1,739.10 | $204.60 | $1,739.10 | $3,300.00 | $28,050.00 |
| Federal Tax | $325.17 | $2,972.07 | $0.00 | $0.00 | $3,300.00 | $28,050.00 |
| PA State Tax | $101.31 | $861.14 | $0.00 | $0.00 | $3,300.00 | $28,050.00 |
| PA Unemployment | $2.31 | $19.64 | $0.00 | $0.00 | $3,300.00 | $28,050.00 |
| Phila Nonresident | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Phila Resident | $123.75 | $1,059.81 | $0.00 | $0.00 | $3,300.00 | $28,050.00 |
| **Deductions after Federal Tax** | | | | | | |
| TAUP Adjunct Dues | $37.95 | $271.21 | $0.00 | $0.00 | | |
| **Total:** | **$842.94** | **$7,329.70** | **$252.45** | **$2,145.83** | | |

## Check or Direct Deposit

| Number | Document Type | Bank Name | Account Type | Amount |
|---|---|---|---|---:|
| 3457552 | Direct Deposit | PNCBANK, NATIONAL ASSOCIATION | Checking | $2,457.06 |

## Federal Tax

| Filing Status | Number of Allowances | Additional Withholding |
|---|---:|---:|
| Single | 0 | $0.00 |

## PA State Tax

| Filing Status | | Additional Withholding |
|---|---|---:|
| | | $0.00 |