# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12804-mdc |
| Matthew Alan Feltman, | Chapter 13 |
| Debtor. | |

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's First Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Police & Fire Federal Credit Union
3333 Street Road
Bensalem, PA 19020

TD Retail Card Services
PO Box 800849
Dallas, TX 75380

Transworld System Inc.
PO Box 4275
Norcross, GA 30091

Date: December 5, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com