United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                           Case No. 23-12804-mdc
Matthew Alan Feltman                                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Jan 04, 2024 | Form ID: 155 | Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Matthew Alan Feltman, 2000 S Mildred St, Philadelphia, PA 19148-2344 |
| 14815761 | | Cornerstone Education Loan Services, 60 S 400 W, Salt Lake Cty, UT 84101-1284 |
| 14815767 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14815770 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14833136 | + | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 14832972 | + | TSI, PO BOX 4275, NORCROSS, GA 30091-4275 |
| 14815778 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14815753 | + | Email/Text: broman@amhfcu.org | Jan 05 2024 07:39:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14815754 | | Email/Text: BKPT@cfna.com | Jan 05 2024 07:39:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 14815759 | | Email/Text: megan.harper@phila.gov | Jan 05 2024 07:39:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14822343 | | Email/Text: BKPT@cfna.com | Jan 05 2024 07:39:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OH 44181-8011 |
| 14815756 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 05 2024 10:53:50 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14815757 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 05 2024 10:53:25 | Citibank/Best Buy, Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14815758 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 05 2024 10:53:25 | Citibank/Sears, Attn: Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14815760 | | Email/Text: bankruptcy@philapark.org | Jan 05 2024 07:39:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14815763 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 05 2024 12:30:01 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14815762 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 05 2024 07:39:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14822164 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 05 2024 11:04:18 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., PO BOX 15368, Wilmington, DE 19850 |
| 14815755 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 05 2024 11:04:18 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |

| Recipient # | Code | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14821342 | + | Email/Text: RASEBN@raslg.com | Jan 05 2024 07:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14829868 |   | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2024 11:04:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14832860 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 05 2024 07:39:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14815765 |   | Email/Text: fesbank@attorneygeneral.gov | Jan 05 2024 07:39:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14815768 | + | Email/Text: bncnotifications@pheaa.org | Jan 05 2024 07:39:00 | PHEAA, Attn: Bankruptcy, 1200 N 7th St, Harrisburg, PA 17102-1444 |
| 14831763 |   | Email/Text: Bankruptcy.Notices@pnc.com | Jan 05 2024 07:39:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 14815772 |   | Email/Text: Bankruptcy.Notices@pnc.com | Jan 05 2024 07:39:00 | PNC Financial, Attn: Bankruptcy 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 14833504 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2024 11:04:11 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 12914, Norfolk, VA 23541 |
| 14832711 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2024 11:22:16 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14815764 |   | Email/Text: bankruptcygroup@peco-energy.com | Jan 05 2024 07:39:00 | Peco Energy Company, Bankruptcy Department S4-1, Po Box 8699, Philadelphia, PA 19101-8699 |
| 14815766 |   | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 05 2024 07:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14815769 | ^ | MEBN | Jan 05 2024 05:29:46 | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia, PA 19122-2898 |
| 14815771 | + | Email/Text: bankruptcy@philapark.org | Jan 05 2024 07:39:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14819223 | + | Email/Text: bankruptcy1@pffcu.org | Jan 05 2024 07:39:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14815773 | + | Email/Text: bankruptcy1@pffcu.org | Jan 05 2024 07:39:00 | Police and Fire Federal Credit Union, 3333 Street Rd, Bensalem, PA 19020-2022 |
| 14815774 | ^ | MEBN | Jan 05 2024 05:29:47 | Raymour & Flanigan, Attn: Bankruptcy, PO Box 220, Liverpool, NY 13088-0220 |
| 14815775 |   | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 05 2024 10:53:25 | Synchrony Bank, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 14833508 |   | Email/Text: bncmail@w-legal.com | Jan 05 2024 07:39:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., P.O. BOX 3978, SEATTLE, WA 98124-3978 |
| 14822255 | + | Email/Text: tdebn@credbankserv.com | Jan 05 2024 07:39:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14833506 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 05 2024 07:39:00 | TSI, PO BOX 17116, Wilmington DE 19850-7116 |
| 14815776 | + | Email/Text: bncmail@w-legal.com | Jan 05 2024 07:39:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14815777 |   | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 05 2024 07:39:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 14815779 | ^ | MEBN | Jan 05 2024 05:29:40 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Jan 04, 2024 Form ID: 155 Total Noticed: 42
TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 06, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Matthew Alan Feltman mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| MICHAEL I. ASSAD | on behalf of Debtor Matthew Alan Feltman mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Matthew Alan Feltman
        Debtor(s)                                 Chapter: 13

                                                                    Bankruptcy No: 23−12804−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this January 4, 2024 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                     Magdeline D. Coleman
                                                     Chief Judge, United States Bankruptcy Court

                                                                          16 − 8
                                                                        Form 155